# EXHIBIT A

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

JERMAINE JOHNSON — Plaintiff

V.

TYSON FOODS, INC. — Defendant
c/o Agent of Service — Address
United Agent Group Inc.
609 SW 8th Street #600
Bentonville, AR 72712

*"X" the court for filing:*
[x] Superior Court  [ ] District Court
County: Cumberland
Location (Town): _____
Docket No.: PORSC-CV-2024-____

Handwritten note: To: Chantal Corbajal-Gomez in pursuit of this a Community Associate for Legal on behalf of United Agent Group, Inc. 10/25/2024 11:18 ___ BC159

## SUMMONS
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the [ ] District [x] Superior Court, which holds sessions at (*street address*) **205 Newbury Street**, in the Town/City of **Portland**, County of **Cumberland**, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of [ ] District [x] Superior Court,

**205 Newbury Street Ground Floor**, **Portland**, Maine **04101**
(*Mailing Address*)  (*Town, City*)  (*Zip*)

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

---

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

---

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (*mm/dd/yyyy*): **October 7, 2024**

Sheldon J. Tepler, Esq.   ([x] Attorney for) Plaintiff
2837                      Bar # (if applicable)
Hardy Wolf & Downing, PA  Address
PO Box 3065, Lewiston, ME 04243-3065
stepler@hardywolf.com     Telephone/Email
                          207-784-1589

(Seal of Court)

_____
Clerk

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

MAINE JUDICIAL BRANCH

STATE OF MAINE

_____ County

On (date) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant _____ by delivering a copy of the same at the following address:
_____

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (name) _____, who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____
_____
_____.

Date (mm/dd/yyyy): _____

▶ _____
Deputy Sheriff Signature

_____
Printed Name

_____
Agency

**Costs of Service:**

| | |
|---|---|
| Service: | $ _____ |
| Travel: | $ _____ |
| Postage: | $ _____ |
| Other: | $ _____ |
| **Total** | $ _____ |

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

| | |
|---|---|
| STATE OF MAINE<br>Cumberland, SS | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO.: PORSC-CV-2024- |

| | |
|---|---|
| JERMAINE JOHNSON,<br>of Lynn, County of Essex,<br>State of Massachusetts,<br>      Plaintiff<br><br>VS.<br><br>TYSON FOODS, INC.,<br>a foreign corporation doing business in<br>Portland, County of Cumberland, State<br>of Maine,<br>      Defendant | <br><br><br><br><br>COMPLAINT |

NOW COMES the Plaintiff, by and through his attorney, and complains against the Defendant as follows:

## **COUNT I**

1. Plaintiff, Jermaine Johnson is a resident of Lynn, County of Essex, State of Massachusetts.

2. Defendant, Tyson Foods, Inc., is a foreign corporation doing business in Portland, County of Cumberland, State of Maine.

3. On or about June 14, 2021, at approximately 11:30 pm, Plaintiff Jermaine Johnson was lawfully at 54 St. John Street in Portland, County of Cumberland, State of Maine.

4. At said time and place, the Defendant, through its employee(s), had a duty to operate forklifts in a safe manner.

5. As a direct and proximate result of the negligence of the Defendant's agent, servant or employee aforesaid, Plaintiff was injured when he was struck by a forklift, causing serious injuries to and otherwise greatly injuring the plaintiff in mind and body.

6. Said injuries caused great pain and suffering and mental anguish to Plaintiff requiring hospitalization and medical treatment for which Plaintiff is liable financially, have caused him loss of enjoyment of life, loss of earnings, and loss of earning capacity, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

WHEREFORE, Plaintiff Jermaine Johnson prays judgment that is reasonable against Defendant Tyson Foods, Inc. on this Count I, plus interests and costs. The plaintiff further requests that the Defendants maintain the premises as required by law, any regulation, code or lease.

DATED at Lewiston, Maine, this _____ day of September, 2024.

_____
Sheldon J. Tepler, Esq.
Bar No.: 2837
Attorney for Plaintiff
Hardy Wolf & Downing, PA
PO Box 3065
Lewiston, Maine 04243-3065
207-784-1589
email: stepler@hardywolf.com

2